| | | |
|---|---|---|
| People v Lewis | 1st Dept: 143 AD3d 604 | denied* |
| People v Rodriguez | 1st Dept: 145 AD3d 489 | denied |
| People v Sanchez | 2d Dept: 144 AD3d 880 | denied* |
| Scott, Matter of, v Leverett | 1st Dept: 144 AD3d 614 | denied |
| Shiner, Matter of, v SUNY at Buffalo | 3d Dept: 144 AD3d 1371 | denied |
| Thomas, Matter of, v Armstrong | 4th Dept: 144 AD3d 1567 | denied* |

---

* Motion for poor person relief dismissed as academic or denied.